■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANGELA ROSARIO, Appellant. (Appeal No. 3.) [608 NYS2d 137] — Judgment unanimously affirmed *(see, People v Clark,* 176 AD2d 1206, 1207, *lv denied* 79 NY2d 854). (Appeal from Judgment of Onondaga County Court, Brandt, J.—Criminal Possession Controlled Substance, 2nd Degree.) Present—Callahan, J. P., Green, Balio, Lawton and Boehm, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WALTER M. GRIGGS, Appellant. [608 NYS2d 904] —Judgment unanimously affirmed. Memorandum: As part of his plea bargain, defendant knowingly, voluntarily and intelligently waived his right to appeal. That waiver encompassed the contentions of defendant regarding the purported excessiveness of his sentence *(see, People v Allen,* 82 NY2d 761) and the procedures used by the court in arriving at its sentencing determination *(see, People v Callahan,* 80 NY2d 273, 281). We have examined defendant's challenge to the voluntariness of his plea *(see, People v Seaberg,* 74 NY2d 1, 10; *People v Francabandera,* 33 NY2d 429, 434, n 2) and find it to be lacking in merit *(see, People v Morris,* 185 AD2d 488). (Appeal from Judgment of Erie County Court, Drury, J.—Criminal Possession Controlled Substance, 3rd Degree.) Present—Callahan, J. P., Green, Balio, Lawton and Boehm, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ELIJAH SAAFIR, Appellant, v FREDERICK NETZEL, as Superintendent of Erie County Correctional Facility, et al., Respondents. [608 NYS2d 904] —Appeal unanimously dismissed as moot *(see, People ex rel. Kendricks v Smith,* 52 AD2d 1090). (Appeal from Judgment of Supreme Court, Erie County, Mintz, J.—Habeas Corpus.) Present—Callahan, J. P., Green, Balio, Lawton and Boehm, JJ.

■ JOSEPH SCALISE, Appellant, v VILLAGE OF HERKIMER et al., Respondents. [608 NYS2d 903] —Order unanimously affirmed without costs *(see, Manno v State of New York,* 176 AD2d 1222). (Appeal from Order of Supreme Court, Herkimer County, Tenney, J.—Dismiss Complaint.) Present—Callahan, J. P., Green, Balio, Lawton and Boehm, JJ.